## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASHPEE WAMPANOAG TRIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants. | Case No. 1:18-cv-2242-RMC |

### MOTION FOR A STAY OF DEFENDANTS' ANSWER OR RESPONSE
### TO PLAINTIFF'S COMPLAINT IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay for Defendants Ryan Zinke and the United States Department of the Interior to answer or otherwise respond to Plaintiff Mashpee Wampanoag Tribe's complaint (ECF No. 1) in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice (Department) expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the Department of the Interior. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the Department of the Interior are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay for Defendants to answer or otherwise respond to Plaintiff's complaint (ECF No. 1) until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that Plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay for Defendants to answer or otherwise respond to Plaintiff's complaint (ECF No. 1) in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted on this 28th day of December, 2018.

        JEAN WILLIAMS
        Deputy Assistant Attorney General
        Environment & Natural Resources Division

        /s/ Sara E. Costello
        SARA E. COSTELLO
        Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, DC 20044-7611
        Tel: 202-305-0484
        Fax: 202-305-0506
        Email: sara.costello2@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on December 28, 2018, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

                                         /s/ Sara E. Costello
                                         Sara E. Costello
                                         Trial Attorney