Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MASHPEE WAMPANOAG TRIBE

    Plaintiff

  vs.

RYAN ZINKE, et al

    Defendant

Civil No.    18-2242    (PLF)

Category   E

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 2/13/2020 from Judge Rosemary M. Collyer to Judge Paul L. Friedman by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Rosemary M. Collyer & Courtroom Deputy
Judge Paul L. Friedman & Courtroom Deputy
Liaison, Calendar and Case Management Committee