AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| MASHPEE WAMPANOAG TRIBE | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:18-cv-02242-PLF |
| RYAN ZINKE, et al. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mashpee Wampanoag Tribe.

Date: 03/30/2020

/s/ Kenneth J. Pfaehler
*Attorney's signature*

Kenneth J. Pfaehler, D.C. Bar No. 461718
*Printed name and bar number*
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006

*Address*

kenneth.pfaehler@dentons.com
*E-mail address*

(202) 408-6431
*Telephone number*

(202) 496-7756
*FAX number*