## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASHPEE WAMPANOAG TRIBE,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID L. BERNHARDT, in his official capacity as Secretary of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Federal Defendants,<br><br>  v.<br><br>DAVID LITTLEFIELD, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 1:18-cv-2242-PLF |

### JOINT PROPOSED ORAL ARGUMENT SCHEDULE

In accordance with the Court's Order of April 10, 2020, the Mashpee Wampanoag Tribe ("Tribe"), Federal Defendants David L. Bernhardt, Secretary of the Interior ("Secretary"), and Department of the Interior, and Intervenor-Defendants David Littlefield, *et al.*, propose the following schedule:

  1.  The Tribe shall argue for up to 55 minutes and preserve 20 minutes for rebuttal.

  2.  The Federal Defendants shall argue for up to 40 minutes and preserve 15 minutes for rebuttal.

  3.  The Intervenor-Defendants shall argue for up to 12 minutes and preserve 8 minutes for rebuttal.

4. The hearing will recess for 15 minutes.

5. The Tribe will argue its rebuttal for up to 20 minutes.

6. The Federal Defendants will argue their rebuttal for up to 15 minutes

7. The Defendant-Intervenors will argue their rebuttal for up to 8 minutes

The parties propose that each will argue the merits of the cross-motions for summary judgment and the Tribe's motion for a preliminary injunction at the same time.

Respectfully submitted this 30th day of April, 2020.

*For Plaintiff Mashpee Wampanoag Tribe:*

/s/ *Tami Lyn Azorsky*
TAMI LYN AZORSKY (DC Bar No. 388572)
Kenneth J. Pfaehler (DC Bar No. 461718)
V. Heather Sibbison  (DC Bar No. 422632)
Suzanne R. Schaeffer (DC Bar No. 429735)
DENTONS US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Tel.: 202.496.7500
Fax.: 202.496.7756
tami.azorsky@dentons.com
kenneth.pfaehler@dentons.com
heather.sibbison@dentons.com
suzanne.schaeffer@dentons.com

*For Federal Defendants*:

PRERAK SHAH
Deputy Assistant Attorney General

/s/ *Sara E. Costello*
SARA E. COSTELLO
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611

Washington, DC 20044-7611
Tel: 202-305-0484
Fax: 202-305-0506
Email: sara.costello2@usdoj.gov

*For Intervenor-Defendants:*

/s/ David H. Tennant
DAVID H. TENNANT (admitted pro hac vice)
LAW OFFICE OF DAVID TENNANT PLLC
3349 Monroe Avenue, Suite 345
Rochester, N.Y. 14618
Tel.: 585.708.9338
david.tennant@appellatezealot.com

Andrew Kim
GOODWIN PROCTER LLP
901 New York Avenue N.W.
Washington, D.C. 20001
Tel.: 202.346.4000
Fax.: 202.346.4444
AndrewKim@goodwinlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 30, 2020, I electronically filed the foregoing Joint Proposed Oral Argument Schedule with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the Court's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

                                /s/ *Tami Lyn Azorsky*
                                Tami Lyn Azorsky

114698757