AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Mashpee Wampanoag Tribe )
*Plaintiff* )
v. ) Case No. 1:18-cv-02242-PLF
Bernhardt et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United South and Eastern Tribes Sovereignty Protection Fund

Date: 05/11/2020

*Attorney's signature*

Kaitlyn Klass D.C. Bar ID # 1032219
*Printed name and bar number*
Hobbs, Straus, Dean & Walker LLP
1899 L Street N.W., Suite 1200
Washington, D.C. 20037

*Address*

kklass@hobbsstraus.com
*E-mail address*

(202) 822-8282
*Telephone number*

(202) 296-8834
*FAX number*