# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MASHPEE WAMPANOAG TRIBE <br> *Plaintiff* <br> v. <br> DAVID L. BERNHARDT, et al. <br> *Defendant* | Case No.   1:18-cv-02242-PLF |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curaie Members of Congress                                                                                    .

Date:   05/19/2020

Keith M. Harper
*Attorney's signature*

Keith M. Harper, DC Bar No. 451956
*Printed name and bar number*

Kilpatrick Townsend & Stockton LLP
607 14th Street, N.W., Suite 900
Washington, DC 20005
*Address*

kharper@kilpatricktownsend.com
*E-mail address*

(202) 508-5800
*Telephone number*

(202) 508-5888
*FAX number*