AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| MASHPEE WAMPANOAG TRIBE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  1:18-cv-02242-PLF |
| DAVID L. BERNHARDT, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curaie Members of Congress.

Date:  05/21/2020

Adam H. Charnes
*Attorney's signature*

Adam H. Charnes, DC Bar No. 441697
*Printed name and bar number*

Kilpatrick Townsend & Stockton LLP
607 14th Street, NW, Suite 900
Washington, DC 20005
*Address*

acharnes@kilpatricktownsend.com
*E-mail address*

(202) 508-5800
*Telephone number*

(202) 508-5888
*FAX number*