UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MASHPEE WAMPANOAG TRIBE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-2242 (PLF) |
| DAVID BERNHARDT, in his official capacity as Secretary of the Interior, et al., | ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| DAVID LITTLEFIELD, et al., | ) ) | |
| Defendant-Intervenors. | ) ) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that plaintiff Mashpee Wampanoag Tribe's motion for summary judgment [Dkt. No. 29] is GRANTED; it is

FURTHER ORDERED that the federal defendants' motion for summary judgment [Dkt. No. 31] is DENIED; it is

FURTHER ORDERED that the defendant-intervenors' motion for summary judgment [Dkt. No. 33] is DENIED; it is

FURTHER ORDERED that plaintiff's emergency motion for a temporary restraining order and motion for a preliminary injunction [Dkt. No. 42] is DENIED AS MOOT; it is

2

      FURTHER ORDERED that the Secretary of the Interior's September 7, 2018 Record of Decision is DECLARED arbitrary, capricious, an abuse of discretion, and contrary to law; and it is

      FURTHER ORDERED that this matter is REMANDED to the Department of the Interior to issue a decision that is consistent with the Court's June 5, 2020 Opinion and that conforms with the 2014 M-Opinion's standard, the evidence permitted therein, and the Department's prior decisions applying the M-Opinion's two-part test.

      SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: June 5, 2020