## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASHPEE WAMPANOAG TRIBE,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID L. BERNHARDT, in his official capacity as Secretary of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>        Federal Defendants,<br><br>   v.<br><br>DAVID LITTLEFIELD, *et al.*,<br><br>        Intervenor-<br>        Defendants. | Case No. 1:18-cv-2242-PLF |

## FEDERAL DEFENDANTS' NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Federal Defendants David L. Bernhardt, in his official capacity as Secretary of the Interior, and United States Department of the Interior, hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from the Court's June 5, 2020, Opinion (ECF No. 75), Order (ECF No. 76), and Memorandum Opinion and Order (ECF No. 77).

Respectfully submitted this 31st day of July, 2020.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division


/s Sara E. Costello
SARA E. COSTELLO
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0484
Fax: 202-305-0506
Email: sara.costello2@usdoj.gov


OF COUNSEL:
Robert Hitchcock
Attorney-Advisor
Branch of Environment & Lands
Office of the Solicitor, Division of Indian Affairs
U.S. Department of the Interior

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

<u>/s Sara E. Costello</u>
Sara E. Costello
Trial Attorney