UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASHPEE WAMPANOAG TRIBE,<br><br>      Plaintiff,<br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior,<br><br>      and<br><br>U.S. DEPARTMENT OF THE INTERIOR<br><br>      Defendants<br>      and<br><br>DAVID LITTLEFIELD *et al.*,<br><br>      Intervenor-Defendants. | Civil Action No. 1:18-cv-02242-PLF |

## **INTERVENOR-DEFENDANTS' NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 3, Intervenor-Defendants David Littlefield, Michelle Littlefield, Tracy Acord, Deborah Canary, Veronica Casey, Patricia Colbert, Vivian Courcy, Donna DeFaria, Kim Dorsey, Francis Lagace, Will Courcy, Antonio DeFaria, Kelly Dorsey, Jill Lagace, David Lewry, Kathleen Lewry, Robert Lincoln, Christina McMahon, Carol Murphy, Dorothy Peirce, David Purdy, Louise Silva, Francis Canary, Jr., Michelle Lewry, and Richard Lewry hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Opinion entered on June 5, 2020 (ECF No. 75), Order entered on June 5, 2020 (ECF No. 76), Memorandum Opinion and Order entered on June 5, 2020 (ECF No. 77), and all other opinions, rulings, and orders in this case that are adverse to Intervenor-Defendants.

Dated: July 31, 2020	Respectfully submitted,

/s/ Andrew Kim
Andrew Kim (D.C. Bar. No. 1029348)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC  20036
Tel.:  202.346.4000
Fax.:  202.346.4444
*AndrewKim@goodwinlaw.com*

David H. Tennant (admitted *pro hac vice*)
Law Office of David Tennant PLLC
3349 Monroe Avenue, Suite 345
Rochester, NY 14618
Tel.:  585.708.9338
*david.tennant@appellatezealot.com*

*Attorneys for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

/s/ Andrew Kim
Andrew Kim
