November 24, 2020

Paul Friedman
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Letters be filed*
*PF*
*12/7/20*

Dear Paul Friedman,

The Mashpee Wampanoags will definitely benefit from the First Light Casino. The casino will give people lots of jobs and opportunities. Even though there are a lot of advantages, I believe the Mashpee Wampanoags shouldn't get the land for a casino because they weren't federally recognized in 1934 when the Indian Reorganization Act was passed.

One reason they shouldn't get the land is because they don't qualify as Indian. The land was originally given by the Obama administration and then taken away by the Trump administration because they didn't qualify as "Indian." They don't qualify because "Indian" is defined as "all persons who are descendants of such members who were, on June 1, 1934, residing within the present boundaries of any Indian reservation." The Mashpee Wampanoags shouldn't get the land because they don't qualify for this.

Another reason they shouldn't get land is because they weren't federally recognized when the Indian Reorganization Act was passed. This stated that anyone defined as "Indian" would be able to get land from federal funds. The Mashpee Wampanoags weren't recognized until 2007. This means that they shouldn't be able to get land from federal funds.

Also, the Mashpee Wampanoags argued the phrase "such members" made the definition ambiguous and open to other interpretations. The lower court and the appeals court rejected the argument because it is not what "Indian" is described as. There is no other reasoning that the Mashpee Wampanoags have as to why they should get the land.

Overall, the Mashpee Wampanoags shouldn't get the land because they weren't federally recognized in 1934, and they don't qualify as "Indian." They aren't "Indian", so they can't get land from federal funds because they don't meet the definition. They were federally recognized in 2007, not 1934 when the Indian Reorganization Act was passed.

Sincerely,
Ajay Shroff
Brookline, MA