# United States Court of Appeals

For The District of Columbia Circuit

_____

**No. 20-5237**  September Term, 2020

1:18-cv-02242-PLF

Filed On: February 19, 2021 [1886212]

Mashpee Wampanoag Tribe,

    Appellee

    v.

David Longly Bernhardt, in his Official Capacity as Secretary of the Interior and United States Department of the Interior,

    Appellants

David Littlefield, et al.,

    Appellees

-----------------------------

Consolidated with 20-5238

## O R D E R

    Upon consideration of federal appellants' unopposed motion for voluntary dismissal in No. 20-5237; and intervenor-appellants' unopposed motion for voluntary dismissal in No. 20-5238, it is

    **ORDERED** that the motions be granted, and these cases are hereby dismissed.

    The Clerk is directed to issue the mandate forthwith.

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

            BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk