IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MASHPEE WAMPANOAG TRIBE,

    Plaintiff,

v.

DEBRA HAALAND, in her official capacity as Secretary of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR,

    Federal Defendants,

v.

DAVID LITTLEFIELD, *et al.*,

    Intervenor-Defendants.

Case No. 1:18-cv-2242-PLF

**FEDERAL DEFENDANTS' STATUS REPORT REGARDING REMAND**

Pursuant to this Court's order of June 14, 2021 (Minute Order, ECF Entry of June 14, 2021), Federal Defendants[1] respectfully submit this status report regarding the remand process. Federal Defendants and Intervenor-Defendants' motions to dismiss their respective appeals were granted on February 19, 2021. The Department of the Interior is currently reviewing information and preparing a decision addressing whether Plaintiff Mashpee Wampanoag Tribe was under federal

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Debra Haaland, in her official capacity as Secretary of the Interior, is automatically substituted for David Bernhardt.

1

jurisdiction in 1934 as set out in the agency's 2014 M-Opinion. Interior has conferred with counsel for Plaintiff regarding the remand process and provided updates on the progress toward issuing a remand decision. Interior has not established a specific timeline for issuing a decision.

Respectfully submitted this 25th day of June, 2021.

<u>For Federal Defendants</u>:

JEAN E. WILLIAMS
Acting Assistant Attorney General


<u>/s/ Sara E. Costello</u>
SARA E. COSTELLO
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0484
Fax: 202-305-0506
Email: sara.costello2@usdoj.gov

OF COUNSEL:
Robert Hitchcock
Attorney-Advisor
Branch of Environment & Lands
Office of the Solicitor, Division of Indian Affairs
U.S. Department of the Interior